914

No. 324, Misc.   BROCK v. NORTH CAROLINA.   Supreme Court of North Carolina.   Certiorari granted.   *Robert S. Cahoon* for petitioner.   *Harry McMullan,* Attorney General of North Carolina, and *Ralph Moody,* Assistant Attorney General, for respondent.

No. 510.   WARFEL v. UNITED STATES.   Court of Claims. Certiorari denied.   *Martin Gendel* for petitioner.   *Solicitor General Perlman, Assistant Attorney General Baldridge, Paul A. Sweeney* and *Morton Hollander* for the United States.

No. 575.   SCHNEIDER v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   *Jacob W. Friedman* for petitioner.   *Solicitor General Perlman, Assistant Attorney General McInerney* and *Robert S. Erdahl* for the United States.

No. 584.   LYNCH v. GRUBER ET UX.   Supreme Court of Washington.   Certiorari denied.   *Walter F. Dodd* and *Frank S. Ketcham* for petitioner.

No. 585.   MAYRATH v. HUTCHINSON MANUFACTURING Co.   C. A. 10th Cir.   Certiorari denied.   *Thomas E. Scofield* for petitioner.   *Theodore S. Kenyon* and *Wesley E. Brown* for respondent.

No. 587.   INGERSOLL-RAND COMPANY ET AL. v. BLACK & DECKER MANUFACTURING Co.   C. A. 4th Cir.   Certiorari denied.   *Frank B. Ober, Stephen H. Philbin* and